IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12-cv-53-RJC

| | |
|---|---|
| BRANDON LEON WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **ORDER** |
| RUDOLF RODRIGUEZ, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion Requesting Service by Government at Government Expense. (Doc. No. 9). The Court will grant Plaintiff's motion and order service upon the named Defendants by the U.S. Marshal.

**IT IS THEREFORE** ordered that:

(1) Plaintiff's Motion Requesting Service by Government at Government Expense, (Doc. No. 9), is **GRANTED**.

(2) Plaintiff has identified three (3) Defendants in the pro se Complaint. The Clerk is directed to mail three (3) summons forms to Plaintiff for Plaintiff to fill out and identify the named Defendants in the summonses for service of process, and then return the summonses to the Court. Plaintiff is required to provide the necessary information for the U.S. Marshal to effectuate service. That is, in filling out each summons form, Plaintiff must attempt to identify the name of each Defendant, the position and place of employment for each Defendant, as well as each Defendant's address, to the best of Plaintiff's ability. Once the Court receives the summonses from Plaintiff, the Court will then direct the U.S. Marshal to effectuate service upon the named Defendants.

Signed: August 6, 2012

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge